UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRA DON PARTHEMORE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM KNIPP, et al.,<br><br>　　　　　Defendant. | No.  2:11-cv-1829-MCE-EFB P<br><br><br><u>AMENDED ORDER</u> |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 30, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  After an extension of time, plaintiff has filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 30, 2013 (ECF No. 34), are ADOPTED in full; and

2. Claims against defendants Martel and Knipp are DISMISSED as moot;

3. Defendants' motion to dismiss (ECF No. 18) is granted in that claims against defendants Conlon, Cross, and Rogers are DISMISSED as unexhausted;

4. Plaintiff's motions to supplement his complaint and for an injunction (ECF Nos. 21, 30) are denied; and

5. The Clerk is directed to close this case.

Dated: October 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT