1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                          FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   IRA DON PARTHEMORE,                       No.  2:11-cv-1829-MCE-EFB P
12                  Plaintiff,
13         v.                                  AMENDED ORDER
14   WILLIAM KNIPP, et al.,
15                  Defendant.
16
17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief
18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to
19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.
20         On July 30, 2013, the magistrate judge filed findings and recommendations herein which
21   were served on all parties and which contained notice to all parties that any objections to the
22   findings and recommendations were to be filed within fourteen days.  After an extension of time,
23   plaintiff has filed objections to the findings and recommendations.
24         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
25   court has conducted a de novo review of this case.  Having carefully reviewed the entire
26   file, the court finds the findings and recommendations to be supported by the record and by
27   proper analysis.
28   /////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 30, 2013 (ECF No. 34), are ADOPTED in full; and

2. Claims against defendants Martel and Knipp are DISMISSED as moot;

3. Defendants' motion to dismiss (ECF No. 18) is granted in that claims against defendants Conlon, Cross, and Rogers are DISMISSED as unexhausted;

4. Plaintiff's motions to supplement his complaint and for an injunction (ECF Nos. 21, 30) are denied; and

5. The Clerk is directed to close this case.

Dated: October 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT